# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.                      No. 4:97CR00200-03 JLH

JAMES GOOLSBY

## **ORDER**

James Goolsby has filed a motion seeking habeas corpus relief pursuant to 28 U.S.C. § 2255. The Court directs the Clerk of the Court to provide a copy of Goolsby's motion to John Ray White, Chief of the Criminal Division for the United States Attorney for the Eastern District of Arkansas, and the Court orders the government to file a response to the motion within thirty days from the entry of this Order.

IT IS SO ORDERED this 26th day of August, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE