**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.  No. 4:97CR00200-03 JLH

JAMES GOOLSBY

## **ORDER**

The United States has filed a response to James Goolsby's motion seeking habeas corpus relief. If Goolsby wishes to file a reply to the response of the United States, he must do so on or before October 10, 2013.

IT IS SO ORDERED this 26th day of September, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE