# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:97CR00200-03 JLH

JAMES GOOLSBY

## JUDGMENT

Pursuant to the Order entered separately today, James Goolsby's motion seeking habeas relief pursuant to 28 U.S.C. § 2255 is denied without prejudice to Goolsby's right to file such motion upon obtaining authorization from the United States Court of Appeals for the Eighth Circuit for a second or successive motion.

IT IS SO ORDERED this 28th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE