# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:97CR00200-03 JLH

JAMES GOOLSBY

## ORDER

On October 28, 2013, the Court dismissed James Goolsby's motion for relief under 28 U.S.C. § 2255 on the grounds that this is a second or successive petition for which permission must be obtained from the Eighth Circuit. Goolsby has now filed a motion for a certificate of appealability. That motion is denied because Goolsby's remedy is to seek permission from the Eighth Circuit for a second or successive 2255 petition. Document #242. All pending motions are denied as moot.

IT IS SO ORDERED this 26th day of November, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE